394 A.2d 627

Reiff et al., Appellants, v. Attwood et al.

618

■ Argued June 12, 1978. Melvin Alan Bank, for appellants; Edwin L. Scherlis, for appellee, Attwood; James M. Penny, Jr., with him Louis F. Hinman, III, for appellee, City of Philadelphia.

Orders affirmed.

HOFFMAN and PRICE, JJ., would transfer case to Commonwealth Court.